# UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOEL PRICE,

*Plaintiff,*

v.

PRIME GROUP
d/b/a Prime Storage Group
and www.primestoragegroup.com,

*Defendant.*
_______________/

Civil Action No. 6:17-cv-1917-ORL-37-GJK

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* PRIME GROUP
C/O: John C. Atwater, as Chief Executive Officer
357 South Curson Avenue
Los Angeles, California 90036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott R. Dinin, Esq.
Law Offices of Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Tel: (786) 431-1333
E-mail: inbox@dininlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/7/17

*Signature of Clerk or Deputy Clerk*