# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| JOEL PRICE, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>PRIME GROUP HOLDINGS, LLC )<br>d/b/a Prime Storage Group )<br>and www.primestoragegroup.com, )<br>)<br>*Defendant.* )<br>_____/ ) | Civil Action No. 6:17-cv-01917-RBD-GJK |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PRIME GROUP HOLDINGS, LLC
C/O: The Corporation Trust Company, as registered agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott R. Dinin, Esq.
Law Offices of Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Tel: (786) 431-1333
E-mail: inbox@dininlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1-16-18

_____
*Signature of Clerk or Deputy Clerk*