Civil Action Number 6:17-cv-01917-RBD-GJK

JOEL PRICE

    Plaintiff,

v.

PRIME GROUP HOLDINGS, LLC
d/b/a Prime Storage Group
and www.primestoragegroup.com,

    Defendant.

## NOTICE OF FILING RETURN OF SERVICE – UNEXECUTED

    COMES NOW counsel for Plaintiff, Joel Price and submits the attached which is proof that Service was not executed. See, Exhibit A Return of Service – Executed as to Resident Agent CORPORATION TRUST COMPANY for Defendant PRIME GROUP HOLDINGS, LLC Also see Exhibit B Notification from Resident Agent CORPORATION TRUST COMPANY which states that Defendant PRIME GROUP HOLDINGS, LLC is no longer in good standing in the State of Delaware. The Undersigned has been advised of the correct resident agent for the defendant (where defendant is in good standing) located in Saratoga Springs, New York. Therefore, while service was executed upon CORPORATION TRUST COMPANY as registered agent in Delaware, service must be executed upon PRIME GROUP HOLDINGS, LLC officer Stacie L. Grimes CFO in Saratoga Springs, New York.

    Dated this February 2, 2018

Respectfully submitted,
*s/Scott Dinin*
Scott R. Dinin, Esq.
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Tel: (786) 431-1333
inbox@dininlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018, the foregoing was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the other parties who have entered an appearance.

*s/Scott Dinin*



**EXHIBIT 'A'**

# AFFIDAVIT OF SERVICE

18-1-3

STATE OF DELAWARE
COUNTY OF: NEW CASTLE

I, RYAN SOLTNER, being duly sworn by law, deposes and says that I served a true and correct copy of the documents listed below to CORPORATION TRUST COMPANY, at 1209 ORANGE ST, WILMINGTON, DE, 19801 on the 17 Day of JANUARY, 2018, at 10:04 am / pm.

(X) Case / Docket Number: 6:17-CV-01917-RBD-GJK
(X) Summons  (X) Complaint  ( ) Subpoena  ( ) Notice of Appeal  ( ) Child Custody Order / hearing  ( ) Petition
( ) Writ of: _____  ( ) Notice of eviction / foreclosure / real estate sale
( ) Other: _____

**MANNER OF SERVICE:**

( ) Personal Service: By personally delivering copies of the person(s) being served.
( ) Substituted at Residence: By leaving a copy with: _____, who is a person of age at the dwelling house or usual place of abode of the person(s) being served.
(X) Substituted at Business: By leaving a copy at the business for the person(s)/entity being served with an employee in charge of accepting service thereof named: AMY MCLAUREN.
( ) Posting: By posted a copy in a conspicuous manner to the front door of the person / entity being served.

**NON-SERVICE:**

After due search and diligent attempts as listed below, service was unable to be provided at the address of record.

Attempt 1: _____ at _____ ( ) No answer ( ) Lights on ( ) Dog barking ( ) Not available for Personal Service
Attempt 2: _____ at _____ ( ) No answer ( ) Lights on ( ) Dog barking ( ) Not available for Personal Service
Attempt 3: _____ at _____ ( ) No answer ( ) Lights on ( ) Dog barking ( ) Not available for Personal Service
Attempt 4: _____ at _____ ( ) No answer ( ) Lights on ( ) Dog barking ( ) Not available for Personal Service

( ) Address is not valid  ( ) Property vacant  ( ) Property listed for sale by: _____
( ) Person accepting service described below refused to give his/her name to Process Server.
( ) Person/entity is not listed at this address in local phone directory
( ) Vehicle in driveway on attempt # _____ described as: _____
( ) Comments: _____

(X) Description of person served: Age ____ Sex ____ Race ____ Height ____ Weight ____ Hair ____ Glasses Y / N

I am an individual over the age of 18 who is neither a party to the action nor an employee or relative of the party served. I make these statements subject to penalties related to unsworn falsifications to authorities.

SWORN BEFORE ME THIS 19 DAY OF January, 2018.

_Duane Mull_

COMMONWEALTH OF PENNSYLVANIA
NOTARY SEAL
Duane U Minshall, Notary Public
Middletown Twp, Delaware County
My commission expires OCT 06, 2019

_Ryan Soltner_ Date 1/19/18
Signature of Process Server
RYAN SOLTNER
Printed Name of Process Server



# CT

January 17, 2018

Scott R. Dinin
Law Offices of Scott R. Dinin, P.A.
4200 NW 7th Avenue,
Miami, FL 33127

Re: Joel Price, Pltf. vs. Prime Group Holdings, LLC, etc., Dft.

Case No. 617CV01917RBDGJK

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Prime Group Holdings, LLC.

Prime Group Holdings, LLC is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we have not done so.

Very truly yours,

The Corporation Trust Company

Log# 532628418

Sent By Regular Mail

cc: --

(Returned To)

Scott R. Dinin
Law Offices of Scott R. Dinin, P.A.
4200 NW 7th Avenue,
Miami, FL 33127