UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOEL PRICE,

    Plaintiff,

v.                                            Case No. 6:17-cv-1917-Orl-37GJK

PRIME GROUP HOLDINGS, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Joint Notice of Settlement filed April 9, 2018 (Doc. 28) indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 11, 2018.



Copies to:
Counsel of Record